[590] BENTON vs. FOOTE and others.

A defendant who makes a case to apply to a circuit judge for a new trial, and who does not appear to argue the same, and a new trial is refused on his default to appear, is not entitled to *appeal* to the supreme court from the order made by the circuit judge.

IN this case the defendants applied to a circuit judge for a new trial, a verdict having been rendered against them. The plaintiff noticed the case for argument before the circuit judge, and the defendants not appearing to bring on the argument, an order upon the default of the defendants was made *denying a new trial.* From this order the defendants appealed to this court, and on the motion of the plaintiff the appeal was dismissed : The COURT holding that in such a case the defendant has no right to appeal.

SMITH vs. MARTIN.

A party against whom an execution has been issued, and whose property has been advertised for sale, is not liable to pay the expense of the continuation of the advertisement after an order to stay proceedings made to enable him to move for a new trial ; it is otherwise when the order is to stay until the determination of a special motion.

MOTION for re-taxation of costs. A new trial was granted on payment of costs. In the bill of costs were taxed the sheriff's fees for *continuing* the advertisement of the sale of the defendant's property under the execution issued in the cause, subsequent to an order to stay proceedings on the execution until the decision of the court on a case made for a new trial.

*By the Court,* NELSON, J. Where proceedings are stayed upon an execution until the decision of a non-enumerated motion, and the motion is denied, and the advertisement has been continued in the mean time, the party against [591] whom the process issued is liable to pay the expense of the advertisement; but he is not so liable where the proceedings are stayed for the purpose of enabling the party to move for a new trial on a case made. Let there be a re-taxation of the costs.